UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WASHINGTON McCASKILL (#28453-034) | CIVIL ACTION NO. 1:09-cv-2149 |
| VS. | SECTION P |
| | JUDGE DEE D. DRELL |
| W. RYDER, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** plaintiff's civil rights complaint alleging excessive force be **DISMISSED WITH PREJUDICE (TO BEING ASSERTED AGAIN UNTIL THE *HECK* CONDITIONS ARE MET)** as frivolous in accordance with the provisions of 28 U.S.C. §1915(e)(2)(B); and,

**IT IS FURTHER ORDERED THAT** plaintiff's civil rights complaint alleging the denial of medical care, retaliation, and the right of access to the Courts be **DISMISSED WITH PREJUDICE AS FRIVOLOUS.**

**THUS DONE AND SIGNED,** in chambers, in Alexandria, Louisiana, on this 6 day of July, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE